12-CV-05498-ORD

FILED
LODGED
RECEIVED
JUN - 8 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PEOPLES BANK, a Washington
corporation,

        Plaintiff,

v.

P/C TLC, Official Number 686976,
her engines, tackle, apparel, furniture,
appurtenances and equipment,
*In Rem*, and TIMOTHY J. CRAIG and
LINDA L. CRAIG, and their marital
community, *In Personam*,

        Defendants.

IN ADMIRALTY

NO. C12-5498 RJB

~~(Proposed)~~
ORDER APPOINTING PUGLIA
ENGINEERING, INC. SUBSTITUTE
CUSTODIAN AND ORDER
AUTHORIZING MOVEMENT
OF VESSEL

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON:

    Plaintiff, Peoples Bank, by and through its attorney of record, having made

appearance and made the following recitals:

    1.    On June 7, 2012 the Complaint herein was filed praying that the

vessel P/C TLC, Official Number 686976, her engines, tackle, apparel, furniture,

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Order Appointing Puglia Engineering, Inc. Substitute Custodian and
Order Authorizing Movement of Vessel - 1

1  appurtenances and equipment, be condemned and sold to pay plaintiff's claims and
2  for other proper relief.

3      2.    The Clerk of the Court has been authorized to issue a Warrant for
4  Arrest commanding the United States Marshal for this District to arrest and take
5  the defendant vessel into custody and to detain it in custody until further Order of
6  this Court.

7      3.    It is contemplated that the United States Marshal will seize the
8  defendant vessel forthwith.  Custody by the U. S. Marshal requires the services of
9  one or more keepers at a charge of $250.00 or more per day for the keepers alone
10  and not including charges for moorage, storage and the other services usually
11  associated with safekeeping vessels similar to the defendant vessel.

12      4.    It is believed that the defendant vessel is currently moored in Tacoma,
13  Washington.  After its arrest, the vessel will be moved by tug or other safe means to
14  adequate, safe storage ashore at facilities in Tacoma, Washington arranged for by
15  the Substitute Custodian.

16      5.    Plaintiff is agreeable to allow Puglia Engineering, Inc., through its
17  president, Neil Turney, to assume the responsibility of safekeeping said vessel and
18  Puglia Engineering, Inc., through its president, Neil Turney, has consented to act as
19  her custodian until further Order of this Court.  Fees and expenses to be charged
20  by Puglia Engineering, Inc. will be substantially less than the cost of leaving the
21  defendant vessel in the custody of the U. S. Marshal.

22      6.    Neil Turney, president, Puglia Engineering, Inc., by declaration
23  appended hereto and made a part hereof, avers that neither he nor Puglia
24  Engineering, Inc. has any interest in the outcome of this lawsuit, that he can
25  arrange for adequate storage and supervision for the proper safekeeping of the

Law Office of
STAN LOOSMORE. P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

Order Appointing Puglia Engineering, Inc. Substitute Custodian and
Order Authorizing Movement of Vessel - 2

1  vessel, and that he has obtained liability insurance with policy limits of not less

2  than $1,000,000.00 which is expected to be adequate to respond in damages for

3  loss of or injury to the defendant vessel or for damages sustained by third parties

4  due to any acts, faults or negligence of said Substitute Custodian. Further, in his

5  declaration, Neil Turney, on behalf of Puglia Engineering, Inc., agrees to accept

6  custody of the defendant vessel and its equipment which is the subject of the action

7  herein, in accordance with the terms of this Order.

8      7.    In consideration of the U. S. Marshal's consent to the appointment of

9  Puglia Engineering, Inc., through its president, Neil Turney, as Substitute Custodian,

10  plaintiff agrees to release the United States and the U. S. Marshal from any and all

11  liability and responsibility arising out of the care and custody of the defendant vessel

12  and its equipment, from the time the U. S. Marshal transfers custody of the vessel

13  over to the Substitute Custodian, and plaintiff agrees to indemnify and hold the

14  United States and the U. S. Marshal harmless from any and all claims whatsoever

15  arising out of the Substitute Custodian's possession and safekeeping.

16

17      THEREFORE, IT IS ORDERED that the U. S. Marshal for the Western

18  District of Washington be, and is authorized and directed, upon the seizure

19  pursuant to the Warrant for Arrest of said defendant vessel, its engines, tackle, and

20  all other necessaries thereunder appertaining and belonging, to surrender the

21  custody thereof to Puglia Engineering, Inc., through its president, Neil Turney, as

22  Substitute Custodian, and that upon such surrender the U. S. Marshal shall be

23  discharged from all duties and responsibilities for the safekeeping of said vessel and

24  held harmless from any and all claims arising out of said custodial services.

25

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA  98040
206 622-2400

Order Appointing Puglia Engineering, Inc. Substitute Custodian and
Order Authorizing Movement of Vessel - 3

1      IT IS FURTHER ORDERED that the Substitute Custodian shall see to and be

2  responsible for the safekeeping of the defendant vessel. Duties of the Substitute

3  Custodian shall include, but are not limited to, ensuring that there is adequate,

4  safe storage ashore for the defendant vessel. The Substitute Custodian is not

5  required to have a person live on board the defendant vessel, but an officer or

6  authorized agent of the Substitute Custodian shall go on board from time to time to

7  carry out the duties of Substitute Custodian. No other person shall be allowed to

8  enter on the defendant vessel except as provided for herein or as otherwise

9  expressly authorized by Order of this Court.

10      IT IS FURTHER ORDERED that the defendant vessel may be moved by safe

11  means from its present moorage to adequate, safe storage ashore at a facility in

12  Tacoma, Washington. The Substitute Custodian shall notify the Office of the U. S.

13  Marshal that the vessel is to be moved and shall again notify the Office of the U. S.

14  Marshal when the vessel has been moved and is securely moored. Once the vessel

15  has been moved and moored, it shall not be moved away again without further

16  Order of the Court.

17      IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

18  required to, retain a locksmith and a marine engineer familiar with the vessel or its

19  equipment and take them on board the vessel with authorized agents of the

20  Substitute Custodian to assist in the moving and securing of the vessel.

21      IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

22  required to, remove those pieces of electronic equipment on board the vessel, if any,

23  which may be easily removed without damage to the vessel, and that such removed

24  electronic equipment shall be stored in a safe, secure storage and subsequently

25  returned to the defendant vessel or retained by the Substitute Custodian pending

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

1 further Order of this Court.

2     IT IS FURTHER ORDERED that the Substitute Custodian, may, but is not

3 required to, retain such services as are necessary to clean the interior and/or

4 exterior of the vessel, with such cleaning services to be performed under the

5 supervision of the Substitute Custodian.

6     IT IS FURTHER ORDERED that plaintiff shall arrange to pay charges for

7 towing and storage of the vessel, shall pay the fees and costs of the Substitute

8 Custodian and shall reimburse the Substitute Custodian for costs incurred in

9 securing the vessel, in conducting the inventory of the equipment on board, and in

10 removing and storing the electronic equipment and having the vessel cleaned.

11     IT IS FURTHER ORDERED that all authorized expenses, hereafter approved

12 by the Court, for securing and conducting the inventory of the vessel in an amount

13 not to exceed $400.00, for custody of the vessel and its equipment in an amount

14 not to exceed $400.00 per month with a minimum of one month's charges payable,

15 for charges for towing the vessel, in an amount not to exceed $1,293.75, for haul-

16 out in an amount not to exceed $938.40, for storage ashore and electric power in an

17 amount not to exceed $588.50 per month, for insurance on the vessel in an amount

18 not to exceed $500.00 for the first year of Substitute Custodian's insurance plus

19 $150.00 per month for port risk hull insurance, is such insurance is placed on the

20 vessel, and for charges of a locksmith, of a marine engineer, for cleaning and

21 securing the vessel and for storing electronic equipment, which are incurred by the

22 Substitute Custodian or plaintiff for the movement and safekeeping of the

23 defendant vessel and its equipment, shall be deemed administrative expenses of the

24 U. S. Marshal.

25     IT IS FURTHER ORDERED that plaintiff's attorney shall send a copy of this

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Order Appointing Puglia Engineering, Inc. Substitute Custodian and
Order Authorizing Movement of Vessel - 5

1   Order to the owner of the defendant vessel by Certified Mail, Return Receipt

2   Requested addressed to the last known address.

3

4          DATED this _8th_ day of June, 2012.

5

6

7                             _Robert J Bryan_

8                     UNITED STATES DISTRICT JUDGE

9   Presented By:

10

11

12   _____

    Stan Loosmore, WSBA 6011

13   Attorney for Plaintiff

14

15   Approved By:

16   M StiOtreR for

17

18   Mark Ericks

    for U. S. Marshal

19   Western District of Washington

20

21

22

23

24

25   234-12008-5p

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Order Appointing Puglia Engineering, Inc. Substitute Custodian and
Order Authorizing Movement of Vessel - 6