

12-CV-05498-ORD

FILED ___ LODGED
___ RECEIVED

JUN - 8 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEOPLES BANK, a Washington corporation, | ) ) ) |
| Plaintiff, | ) IN ADMIRALTY ) |
| v. | ) NO. ) |
| P/C TLC, Official Number 686976, her engines, tackle, apparel, furniture, appurtenances and equipment, *In Rem*, and TIMOTHY J. CRAIG and LINDA L. CRAIG, and their marital community, *In Personam*, | ) [Proposed] ) ORDER AUTHORIZING CLERK ) TO ISSUE A WARRANT FOR ) ARREST PURSUANT TO ) SUPPLEMENTAL RULE C ) ) |
| Defendants. | ) |

This matter having come on upon the motion of plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court having considered the records and files herein, and having concluded that the conditions for an action *in rem* appear to exist, now therefore it is

ORDERED that the Clerk is authorized to issue a Warrant for the arrest of

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to
Supplemental Rule C - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

1 | the defendant vessel, the P/C TLC, Official Number 686976, her engines, tackle,
2 | apparel, furniture, appurtenances and equipment.

DATED this 8th day of June, 2012.

*/s/ Robert B. Bryan*
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Stan Loosmore*
Stan Loosmore, WSBA #6011
Attorney for Plaintiff

234-12008-7p

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to Supplemental Rule C - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400