

**12-CV-05498-ORD**

FILED _____ LODGED
_____ RECEIVED

JUN - 8 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

2
3
4
5
6
7
8

9  IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON
10

11 PEOPLES BANK, a Washington
   corporation,                          )
12                                        )
              Plaintiff,                  )    IN ADMIRALTY
13                                        )
         v.                               )    NO.
14                                        )
   P/C TLC, Official Number 686976,       )    [Proposed]
15 her engines, tackle, apparel, furniture, )  ORDER AUTHORIZING CLERK
   appurtenances and equipment,           )    TO ISSUE A WARRANT FOR
16 *In Rem*, and TIMOTHY J. CRAIG and     )    ARREST PURSUANT TO
   LINDA L. CRAIG, and their marital      )    SUPPLEMENTAL RULE C
17 community, *In Personam*,              )
                                          )
18            Defendants.                 )
                                          )
19 ─────────────────────────────────────

20        This matter having come on upon the motion of plaintiff pursuant to

21 Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions

22 C(3), and the Court having considered the records and files herein, and having

23 concluded that the conditions for an action *in rem* appear to exist, now therefore it

24 is

25        ORDERED that the Clerk is authorized to issue a Warrant for the arrest of

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to
Supplemental Rule C - 1

1  the defendant vessel, the P/C TLC, Official Number 686976, her engines, tackle,

2  apparel, furniture, appurtenances and equipment.

3

4  DATED this _8th_ day of June, 2012.

5

6

7  _Robert Bryan_

UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11

12

13  _Stan Loosmore_

Stan Loosmore, WSBA #6011

14  Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25  234-12008-7p

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to
Supplemental Rule C - 2